JULIUS POERSCHKE, Appellant, *v.* GEORGE KRACHT, Respondent.

(Argued May 5, 1881 ; decided May 13, 1881.)

*John P. Schuman* for appellant.

*D. M. Porter* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.